JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:11-CV-06804-JAK-SPx |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| DENCO ENTERPRISES, INC. dba DENNY'S #7402; GGF PICO RIVERA, LLC, | |
| Defendants. | |

Upon consideration of the Joint Stipulation submitted by plaintiff Edwin Figueroa, and defendants, GGF Pico Rivera, LLC, and Denco Enterprises, Inc., and finding good cause therefor,

IT IS HEREBY ORDERED that the claims of Plaintiff in the above-captioned civil action are dismissed *with prejudice*, and Plaintiff's complaint is dismissed *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own legal fees, litigation expenses and costs.

Dated: April 19, 2012

_____
United States District Judge